JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XUEYING CAI,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES LOS ANGELES ASYLUM OFFICE,<br><br>　　　　Defendants. | No. 2:23-cv-01519-JFW-MRWx<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable John F. Walter<br>United States District Judge |

　　　Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

　　　IT IS HEREBY ORDERED that the instant action shall be stayed until February 2, 2024.

　　　The Clerk shall administratively close this case.

Dated: April 26, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE